Thomas L. Green, Respondent, v. James G. Smith, Appellant.

*Sale — mutual mistake — when corrected.*

Appeal from a judgment entered upon a verdict directed by the court.

Per Curiam: The case presented a question of fact which should have been submitted to the jury. There was evidence which would have sustained a finding that both parties agreed upon a sale on the basis testified to by the defendant, and that the amount which defendant in form agreed to pay was the result of an error of calculation. If this should be found to be the case, since the position of plaintiff has not been changed in consequence of the error, there is no reason why the mistake should not now be corrected.

The judgment should be reversed and a new trial granted, with costs to appellant to abide the event.

Present — Patterson, P. J., McLaughlin, Houghton, Scott and Lambert, JJ.

Judgment reversed, new trial ordered, costs to appellant to abide event. Order filed.

---

Caroline Hacker, Appellant, v. Henry S. Hacker, Respondent.

Appeal from a judgment dismissing the complaint after a trial at Special Term.

Per Curiam: The judgment entered in this action should be modified by inserting at the foot of it, pursuant to the written stipulation of the respective parties, as follows: "It is further ordered, adjudged and decreed that the plaintiff, Caroline Hacker, is entitled to have the bodies of her husband, Elkan S. Hacker, and of her children, Solomon Hacker and Jennie Hacker, deceased, remain permanently entombed in plot No. 6, section 13, Mount Hope Cemetery, Jamaica, Long Island, where they are now buried. And also that the plaintiff, Caroline Hacker, is entitled to have her own body interred in said plot at the time of her decease. And that she is further entitled to have the bodies of such of her children as may die or (be) married interred in said plot." And as thus amended affirmed, without costs to either party.

Present — Patterson, P. J., McLaughlin, Houghton, Scott and Lambert, JJ.

Judgment modified as stated in opinion, and as modified affirmed, without costs to either party. Settle order on notice.

Leo Schlesinger v. Charles O. Burns.— Motion denied on payment of ten dollars costs and on payment of an additional ten dollars, leave given to apply below to open default. Order filed.

In the Matter of Patrick Pender, Deceased.— Motion denied on payment of ten dollars costs and on condition that appellant be ready by April term. Order filed.

Anna Olsen, as Administratrix, v. The Royal Company and Others.— Motion denied on condition that appellant be ready by April term. Order filed.

William L. Crow v. The New York Central and Hudson River Railroad Company.— Motion granted, with ten dollars costs. Order filed.